Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 15 AM 10: 03
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

GUADALUPE IGNACIO, an individual,

vs

CORRECTONS CORPORATION OF AMERICA, a Maryland Corporation, and DOES 1-50, inclusive,

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0085 BEN JMA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Donald A. Green, Doan Law Firm, LLP
2850 Pio Pico Dr., Suite D
Carlsbad, CA 92008
(760) 450-3333

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

P. DELA_____
By _____, Deputy Clerk

JAN 15 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)