**Klinedinst PC**
David B. Monks, Bar No. 164232
501 West Broadway, Suite 600
San Diego, California 92101
Telephone:   (619) 239-8131
Facsimile:    (619) 238-8707

Attorneys for Defendant *CORRECTIONS CORPORATION OF AMERICA*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guadalupe Ignacio, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Corrections Corporation of America, a Maryland Corporation, and Does 1-50, inclusive,,<br><br>        Defendant. | Case No.  3:08-cv-00085-BEN-JMA<br><br>**DEFENDANT CORRECTIONS CORPORATION OF AMERICA'S DEMAND FOR JURY TRIAL**<br><br>Judge:     Honorable Jan M. Adler |

      Pursuant to Rule 38, Fed.R.Civ.P., Defendant, through counsel, requests a trial by jury of all triable issues in the above-captioned matter.

Dated: February 21, 2008

                                              By:  /S/ David B. Monks
                                                 David B. Monks
                                                 **Klinedinst PC**
                                                 501 West Broadway, Suite 600
                                                 San Diego, California   92101-3584

                                                 Attorneys for Defendant *Corrections Corporation of America*

Electronically filed with the U.S. District Court, Southern District of California this 21st day of February 2008.

Copy sent via United States Mail this

Jones, Skelton & Hochuli, P.L.C.
Attorneys At Law
Phoenix

1881675.1                                                                     3:08-CV-00085-BEN-JMA

1 | 21st day of February 2008.

2 | Donald A. Green, Esq.
DOAN LAW OFFICE
3 | 2850 Pio Pico Drive, Suite D
Carlsbad, California  92008
4
Attorney for *Plaintiff*
5

6

7 | By    /S/ Jenna L. Campos