UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUADALUPE IGNACIO, | ) | Case No. 08-CV-0085-BEN (JMA) |
| Plaintiff, | ) ) ) | **ORDER RESCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |
| v. | ) ) | |
| CORRECTIONS CORPORATION OF AMERICA, etc., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

On the Court's own motion, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for March 28, 2008 at 10:00 a.m. is <u>rescheduled</u> for **April 15, 2008** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: March 5, 2008

_____
Jan M. Adler
U.S. Magistrate Judge