# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Guadalupe Ignacio )

　　　　　　Plaintiff )

vs. )

Corrections Corporation of America, )

　　　　　　Defendants )

Case No. ____08-cv-00085 BEN JMA____

**PRO HAC VICE APPLICATION**

_____Defendants_____
Party Represented

```
FILED

MAR 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY
```

I, ____Rachel Love_____ hereby petition the above entitled court to permit
　　　　(Applicant)
me to appear and participate in this case and in support of petition state:

My residence address ____5324 E. Fairfield, Mesa, Arizona 85205____
and phone number is: ____(602) 263-1726____

My firm name is: ____Jones, Skelton & Hochuli, P.L.C.____

My office address and ____2901 North Central Avenue, Suite 800, Phoenix, AZ 85012____
phone number is: ____(602) 263-1700____

That on __10/25/1999__ I was admitted to practice before the United States District Court, District of Arizona ;
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Name of Court)
and am currently in good standing and eligible to practice in said court:

That I am not currently suspended or disbarred in any other court:

That I **(have)** (have not) concurrently or within the year preceding this application made any pro hac vice
application to this court.
### (If previous application, made, complete the following)

Title of case____Woods v. Julie L. Myers, et al.____

Case number____3:07-cv-01078____

Application _____**X**_____ granted _____denied

Title of case____Morris v. Corrections Corporation of America____

Case number____3:07-cv-00828 BEN BLM.____

Application _____**X**_____ granted _____denied

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

David B. Monks, Esq.                       (619) 239-8131
(Name)                           (Telephone)
Klinedinst PC, 501 W. Broadway, Suite 600, San Diego, CA        92101
(Street)                           (City)                 (Zip Code)

_____
Signature of Applicant

I hereby consent to the above designation.

_____
Signature of Designee Attorney

The pro hac vice application is hereby approved for filing.



W. Samuel Hamrick, Jr.
Clerk of Court

_____
By Deputy Clerk

**M. Zvers**

Received $180.00 for Court Library fee

_____Deputy Clerk

**Pro Hac Vice**        (For this one particular occasion)

An attorney who is not a member of the California State Bar, but who is a member in good standing of, and eligible to proactive before, the bar of any United States Court of the highest court of any State or of any Territory or Insular possession of the United States, who is of good moral character, and who has been retained to appear in this Court, be permitted to appear and participate in a particular case. An attorney is not eligible to practice pursuant to this paragraph in any one or more of the following apply to him/her: (1) he/she resides in California; (2) he/she is regularly employed in California, or (3) he/she is regularly engaged in business, professional, or other activities in California.

The pro hac vice application shall be presented to the Clerk and shall state under penalty of perjury (1) the attorney's residence and office address, (2) by what court he/she has been admitted to practice and the date of admission, (3) that he/she is in good standing and eligible to practice in said court, (4) that he/she is not currently suspended or disbarred in any other court, and (5) if he/she has concurrently or within the year preceding his/her current application made any pro hac vice application to this court, the title and case number of each matter wherein he/she made application, the date of application, and whether or not his/her application was granted. He/She shall also designate in his application a member of the bar or this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served. He/She shall file with such application the address, telephone number, and written consent of such designee.

1
**Klinedinst PC**
David B. Monks, Bar No. 164232
2
501 West Broadway, Suite 600
San Diego, California 92101
3
Telephone:    (619) 239-8131
Facsimile:    (619) 238-8707
4
**Jones, Skelton & Hochuli, P.L.C.**
5
Daniel P. Struck, AZ Bar No. 012377
Rachel Love, AZ Bar No. 019881
6
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
7
Telephone:    (602) 263-1700
Facsimile:    (602) 200-7811
8
E-mail:    dstruck@jshfirm.com
9
Attorneys for Defendant, *Corrections Corporation*
*of America*
10

11                **UNITED STATES DISTRICT COURT**

12               **SOUTHERN DISTRICT OF CALIFORNIA**

13

14 | Guadalupe Ignacio, an individual, | Case No.  3:08-cv-00085-BEN-JMA |

15 |              Plaintiff, |

16 |              v. | **VERIFIED APPLICATION FOR**
**APPEARANCE PRO HAC VICE OF**
17 | Corrections Corporation of America, a | **RACHEL LOVE** |
Maryland Corporation, and Does 1-50,
18 | inclusive,, | Judge:    Honorable Jan M. Adler |

19 |              Defendant. |

20

21
        Rachel Love ("Applicant") applies for an order to appear pro hac vice in the above-
22
captioned matter as follows:
23
                1.    Applicant's address is Jones, Skelton & Hochuli, P.L.C., 2901 North
24
Central Avenue, Suite 800, Phoenix, AZ  85012-2728.
25
                2.    Applicant is admitted to practice before the following courts:
26

27

28

| Court | Year of Admission |
|---|---|
| State Bar of Arizona | 10/25/1999 |
| United States District Court for the District of Arizona | 11/08/1999 |
| United States Court of Appeals for the Ninth Circuit | 01/28/2003 |
| United States District Court for the District of Colorado | 06/26/2006 |

3.    Applicant is currently a member in good standing in each court listed above.

4.    Applicant has never been disciplined, suspended or disbarred in any court.

5.    Applicant has previously been admitted pro hac vice in California in *Noriega v. Corrections Corporation of America et al*, Superior Court for the State of California, County of San Diego, Central Division, Case No. GIC868147; *Francisco Munoz v. Corrections Corporation of America, et al.*, Superior Court for the State of California, County of San Diego, Central Division, Case No.37-2007-00072851-CU-PA-CTL; *Eamma Jean Woods, et al. v. Julie L. Myers, et. al.*, US District Court, Southern District of California, Case No. 3:07-cv-01078 DMS PC; *Abdallah v. Corrections Corporation of America*, US District Court, Southern District of California, Case No. 3:06-cv-1452 JM BLM; *Kiniti, et al. v. Julie L. Meyers, et al.*, US District Court, Southern District of California, Case No. 3:05-cv-1013 DMS (PCL); *Jeanette Morris v. Corrections Corporation of America*, US District Court, Southern District of California, Case No. 3:07-cv-00828 BEN BLM.

6.    An active member of the State Bar of California who are attorneys of record in the above-captioned matter is David B. Monks of Klinedinst PC, 501 West Broadway, Suite 600, San Diego, California 90210 1-8707.

7.    A check for $50.00 has been forwarded to the California State Bar in connection with this pro hac vice application. A true and correct copy of that check is attached hereto, along with a copy of this application.

**VERIFICATION**

I, Rachel Love, have read the foregoing VERIFIED APPLICATION FOR APPEARANCE PRO HAC VICE OF RACHEL LOVE and know its contents.

I am an attorney licensed to practice in the State of Arizona. I am counsel in the law firm of Jones, Skelton & Hochuli, P.L.C., attorneys for Defendant CORRECTIONS CORPORATION OF AMERICA. The matters stated in the foregoing APPLICATION are true of my own personal knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March ___, 2008, at Phoenix, Arizona.

_____
Rachel Love

**CONSENT BY LOCAL COUNSEL**

I consent to serving as associated local counsel with Rachel Love, Esq. on behalf Defendant CORRECTIONS CORPORATION OF AMERICA of in this matter.

KLINEDINST P.C.

Dated: March 13, 2008

By: _____
David B. Monks, Esq.
Attorneys for Defendant
CORRECTIONS CORPORATION OF AMERICA



RECEIVED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dated: March **13**, 2008

By: _David B. Monks signature_

David B. Monks
**Klinedinst PC**
501 West Broadway, Suite 600
San Diego, California   92101-3584

**Jones, Skelton & Hochuli, P.L.C.**
Daniel P. Struck, AZ Bar No. 012377
Rachel Love, AZ Bar No. 019881
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

Attorneys for Defendant, *Corrections Corporation of America*

Electronically filed with the U.S. District Court, Southern District of California this _____ day of March 2008.

Copy sent via United States Mail this _____ day of March 2008.

Donald A. Green, Esq.
DOAN LAW OFFICE
2850 Pio Pico Drive, Suite D
Carlsbad, California   92008

Attorney for *Plaintiff*

By_____