1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10
11   GUADALUPE IGNACIO,            )   Case No. 08-CV-0085-BEN (JMA)
                                   )
12                Plaintiff,       )   **ORDER FOLLOWING EARLY NEUTRAL**
                                   )   **EVALUATION CONFERENCE, SETTING**
13   v.                            )   **RULE 26 COMPLIANCE AND NOTICE**
                                   )   **OF TELEPHONIC CASE MANAGEMENT**
14   CORRECTIONS CORPORATION OF    )   **CONFERENCE**
     AMERICA, etc., et al.,        )
15                                 )
                  Defendants.      )
16                                 )
                                   )
17   ——————————————————————————————

18        On April 15, 2008 at 10:00 a.m., the Court convened an Early

19   Neutral Evaluation Conference in the above entitled action.

20        Pursuant to Rule 26 of the Federal Rules of Civil Procedure,

21   the Court issues the following orders:

22        1.   The Rule 26(f) conference shall be completed by May 2,

23   2008;

24        2.   All parties shall fully comply with the Initial

25   Disclosure requirements of Rule 26(a)(1) by May 16, 2008;

26        3.   A proposed joint discovery plan shall be lodged with

27   Magistrate Judge Adler's chambers on or before May 16, 2008 (the

28   parties should consult Rule 26(f) for the substance of the

discovery plan);[1] and,

    4.   Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **May 23, 2008** at **9:00 a.m.** before Magistrate Judge Adler.  All counsel and unrepresented parties shall appear telephonically at this conference.  The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

    **IT IS SO ORDERED.**

DATED:  April 15, 2008

Jan M. Adler
U.S. Magistrate Judge

---

[1]The proposed joint discovery plan may be delivered directly to chambers, e-mailed to efile_adler@casd.uscourts.gov, or faxed to (619) 702-9939.