1  **Jones, Skelton & Hochuli, P.L.C.**
   Daniel P. Struck, AZ Bar No. 012377
2  Rachel Love, AZ Bar No. 019881
   2901 North Central Avenue, Suite 800
3  Phoenix, Arizona  85012
   Telephone:     (602) 263-1700
4  Facsimile:     (602) 200-7811
   E-mail:        dstruck@jshfirm.com
5

6  **Klinedinst PC**
   David B. Monks, Bar No. 164232
7  501 West Broadway, Suite 600
   San Diego, California 92101
8  Telephone:     (619) 239-8131

9  Facsimile:     (619) 238-8707Attorneys for
   Defendant, *Corrections Corporation of America*
10

11              **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| Guadalupe Ignacio, an individual, | Case No.  3:08-cv-00085-BEN-JMA |
| Plaintiff, | |
| v. | **NOTICE OF SERVICE OF DEFENDANT CORRECTION CORPORATION OF AMERICA'S INITIAL DISCLOSURE STATEMENT** |
| Corrections Corporation of America, a Maryland Corporation, and Does 1-50, inclusive,, | |
| Defendant. | |
| | Judge:     Honorable Jan M. Adler |

   Defendants Corrections Corporation of America, through counsel, and pursuant to Fed R. Civ. P. 26(a), hereby give notice that they have served upon Plaintiff their Initial Disclosure Statement via first class mail with the United States Postal Service on May16, 2008.

| | |
|---|---|
| 1  Dated: May 16, 2008 | |
| 2 | By: s/ Rachel Love |
| 3 | Daniel P. Struck, AZ Bar No. 012377 |
|   | Rachel Love, AZ Bar No. 019881 |
| 4 | **Jones, Skelton & Hochuli, P.L.C.** |
|   | 2901 North Central Avenue, Suite 800 |
| 5 | Phoenix, Arizona  85012 |
| 6 | David B. Monks |
|   | **Klinedinst PC** |
| 7 | 501 West Broadway, Suite 600 |
|   | San Diego, California  92101-3584 |
| 8 | |
| 9 | Attorneys for Defendant, *Corrections Corporation of America* |

11  Electronically filed with the U.S. District Court, Southern District of California this 16th day of May 2008.

13  Copy sent via United States Mail this 16th day of May 2008.

15  Donald A. Green, Esq.
    DOAN LAW OFFICE
    2850 Pio Pico Drive, Suite D
16  Carlsbad, California  92008

17  Attorney for *Plaintiff*

20  By ___[signature]___

1879119.1
1916952.1

- 2 -

3:08-CV-00085-BEN-JMA

JONES, SKELTON & HOCHULI, P.L.C.
ATTORNEYS AT LAW
PHOENIX