1  **Jones, Skelton & Hochuli, P.L.C.**
Daniel P. Struck, AZ Bar No. 012377
2  Rachel Love, AZ Bar No. 019881
2901 North Central Avenue, Suite 800
3  Phoenix, Arizona  85012
Telephone:     (602) 263-1700
4  Facsimile:      (602) 200-7811
E-mail:          dstruck@jshfirm.com
5
**Klinedinst PC**
6  David B. Monks, Bar No. 164232
501 West Broadway, Suite 600
7  San Diego, California 92101
Telephone:     (619) 239-8131
8  Facsimile:      (619) 238-8707

9  Attorneys for Defendant, *Corrections Corporation of America*

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Guadalupe Ignacio, an individual, | Case No.  3:08-cv-00085-BEN-JMA |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT CCA'S FIRST SET OF INTERROGATORIES PROPOUNDED UPON PLAINTIFF; FIRST SET OF REQUESTS FOR ADMISSIONS BY PLAINTIFF; AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF** |
| v. | |
| Corrections Corporation of America, a Maryland Corporation, and Does 1-50, inclusive,, | |
| Defendant. | |
| | Judge:     Honorable Jan M. Adler |

Defendant Corrections Corporation of America, through counsel, and pursuant to Fed R. Civ. P. 26(a) and 34, hereby gives notice that they have served upon Plaintiff via first class mail with the United States Postal Service on June 9, 2008 their First Set of Interrogatories Propounded upon Plaintiff; First Request for Admissions by Plaintiff; and First Request for Production of Documents and Things by Plaintiff.

JONES, SKELTON &
HOCHULI, P.L.C.
ATTORNEYS AT LAW
PHOENIX

1925443.1                                                                                                                3:08-CV-00085-BEN-JMA

Dated: June 9, 2008

By: s/ Rachel Love
Daniel P. Struck, AZ Bar No. 012377
Rachel Love, AZ Bar No. 019881
**Jones, Skelton & Hochuli, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

David B. Monks
**Klinedinst PC**
501 West Broadway, Suite 600
San Diego, California 92101-3584

Attorneys for Defendant, *Corrections Corporation of America*

Electronically filed with the U.S. District Court, Southern District of California this 9th day of June 2008.

Copy sent via United States Mail this 9th day of June 2008.

Donald A. Green, Esq.
DOAN LAW OFFICE
2850 Pio Pico Drive, Suite D
Carlsbad, California 92008

Attorney for *Plaintiff*

By _____

Jones, Skelton & Hochuli, P.L.C.
Attorneys At Law
Phoenix

1879119.1
1925443.1

- 2 -

3:08-CV-00085-BEN-JMA