| | |
|---|---|
| 1 | **Jones, Skelton & Hochuli, P.L.C.** |
| | Daniel P. Struck, AZ Bar No. 012377 |
| 2 | Rachel Love, AZ Bar No. 019881 |
| | 2901 North Central Avenue, Suite 800 |
| 3 | Phoenix, Arizona  85012 |
| | Telephone:  (602) 263-1700 |
| 4 | Facsimile:  (602) 200-7811 |
| | E-mail:  dstruck@jshfirm.com |
| 5 | |
| 6 | **Klinedinst PC** |
| | David B. Monks, Bar No. 164232 |
| 7 | 501 West Broadway, Suite 600 |
| | San Diego, California 92101 |
| 8 | Telephone:  (619) 239-8131 |
| 9 | Facsimile:  (619) 238-8707Attorneys for Defendant, *Corrections Corporation of America* |
| 10 | |

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Guadalupe Ignacio, an individual, | Case No.  3:08-cv-00085-BEN-JMA |
| Plaintiff, | **NOTICE OF SERVICE OF DEFENDANT CCA'S SECOND SET OF INTERROGATORIES PROPOUNDED UPON PLAINTIFF; SECOND SET OF REQUESTS FOR ADMISSIONS BY PLAINTIFF; AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS BY PLAINTIFF** |
| v. | |
| Corrections Corporation of America, a Maryland Corporation, and Does 1-50, inclusive,, | |
| Defendant. | |
| | Judge:  Honorable Jan M. Adler |

Defendant Corrections Corporation of America, through counsel, and pursuant to Fed R. Civ. P. 26(a) and 34, hereby gives notice that they have served upon Plaintiff via first class mail with the United States Postal Service on September 16, 2008 their Second Set of Interrogatories Propounded upon Plaintiff; Second Set of Requests for Admissions by Plaintiff; and Second Request for Production of Documents and Things by Plaintiff.

| | |
|---|---|
| 1  Dated: September 16, 2008 | |
| 2 | By:  s/ Rachel Love |
| 3 | Daniel P. Struck, AZ Bar No. 012377 |
| | Rachel Love, AZ Bar No. 019881 |
| 4 | **Jones, Skelton & Hochuli, P.L.C.** |
| | 2901 North Central Avenue, Suite 800 |
| 5 | Phoenix, Arizona  85012 |

David B. Monks
**Klinedinst PC**
501 West Broadway, Suite 600
San Diego, California  92101-3584

Attorneys for Defendant, *Corrections Corporation of America*

Electronically filed with the U.S. District Court, Southern District of California this 16th day of September 2008.

Copy sent via United States Mail this 16th day of September 2008.

Donald A. Green, Esq.
DOAN LAW OFFICE
2850 Pio Pico Drive, Suite D
Carlsbad, California  92008

Attorney for *Plaintiff*

By _____

Jones, Skelton & Hochuli, P.L.C.
Attorneys At Law
Phoenix

1879119.1
1962729.1

- 2 -

3:08-CV-00085-BEN-JMA