1  **DONALD A. GREEN (225171)**
   **DOAN LAW FIRM LLP**
2  **ATTORNEYS AT LAW**
   **2850 PIO PICO DR., SUITE D**
3  **CARLSBAD, CA 92008**
   **(760)450-3333   FACSIMILE (760)720-6082**
4
   Attorney for Plaintiff, GUADALUPE IGNACIO
5

6

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10
   GUADALUPE IGNACIO, an individual,          CASE NO. 3:08-cv-00085-BEN-JMA
11
                  Plaintiff,                   **PLAINTIFF GUADALUPE IGNACIO'S**
12        v.                                   **REQUEST FOR EXTENSION OF TIME**
                                               **TO JOIN OTHER PARTIES, AMEND**
13 CORRECTIONS CORPORATION OF                  **PLEADINGS, OR FILE ADDITIONAL**
   AMERICA, a Maryland Corporation, and DOES 1- **PLEADINGS**
14 50, inclusive,

15
                  Defendants.
16

17
        Plaintiff, GUADALUPE IGNACIO, by and through her attorney of record, Donald A. Green,
18
   hereby requests an extension of time to join other parties, amend the pleadings, or file additional
19
   pleadings.
20
   ///
21
   ///
22
   ///
23
   ///
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

This request is made on the grounds that Plaintiff has filed a Claim with the Department of Health and Human Services and has not yet received a Right To Sue letter from that Department, and the Case Management Conference Order Regulating Discovery and Other Pretrial Proceedings provides a September 18, 2008 cut-off date to join other parties, amend the pleadings, or file additional pleadings.  (See Declaration of Donald A. Green, served and filed herewith.)

Dated:    September 18, 2008          DOAN LAW FIRM, LLP


By: _____
DONALD A. GREEN
Attorney for Plaintiff, GUADALUPE IGNACIO