DONALD A. GREEN (225171)
DOAN LAW FIRM LLP
ATTORNEYS AT LAW
2850 PIO PICO DR., SUITE D
CARLSBAD, CA 92008
(760)450-3333   FACSIMILE (760)720-6082

Attorney for Plaintiff, GUADALUPE IGNACIO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE IGNACIO, an individual,<br><br>  Plaintiff,<br>v.<br><br>CORRECTIONS CORPORATION OF AMERICA, a Maryland Corporation, and DOES 1-50, inclusive,<br><br>  Defendants. | CASE NO. 3:08-cv-00085-BEN-JMA<br><br>DECLARATION OF DONALD A. GREEN IN SUPPORT OF PLAINTIFF GUADALUPE IGNACIO'S REQUEST FOR EXTENSION OF TIME TO JOIN OTHER PARTIES, AMEND PLEADINGS, OR FILE ADDITIONAL PLEADINGS |

I, Donald A. Green, declare as follows:

1. I am attorney for Plaintiff, GUADALUPE IGNACIO, in the above-captioned matter, and if called to testify, could competently testify as to the matters contained herein.

2. On May 23, 2008, a Telephonic Case Management Conference was held in this matter. At such Case Management Conference, the Court ordered that any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before September 18, 2008.

3. At the time of the Case Management Conference, I informed the Court that Plaintiff had filed a Claim with the Department of Health and Human Services but had not yet received a Right To Sue letter from such Department. To date, Plaintiff has still not received a response to her Claim.

4. Plaintiff is requesting additional time to join other parties past the September 18, 2008 deadline provided by the Court at the Case Management Conference, due to Plaintiff's wish to add

Z:\PI_TMW7\Data\FILES\05-020\dec of dagreq for ext to add parties.doc       1
Declaration of Donald A. Green in support of Plaintiff's Request for Extension to Join Other Parties
3:08-cv-00085-BEN-JMA

1 the United States of America as a defendant in this action. Plaintiff is not allowed to do so until the
2 Claims process has been satisfied.
3     I declare under penalty of perjury under the laws of the State of California that the foregoing
4 is true and correct, and that this declaration was executed this 18th day of September, 2008, at
5 Carlsbad, California.

_____
DONALD A. GREEN

Z:\PI_TMW7\Data\FILES\05-020\dec of dagreq for ext to add parties.doc
2
Declaration of Donald A. Green in support of Plaintiff's Request for Extension to Join Other Parties
3:08-cv-00085-BEN-JMA