Guadalupe Ignacio v. Corrections Corporation of America
CASE NO. 3:08-cv-00085-BEN-JMA

## PROOF OF SERVICE BY MAIL

I, DONALD A. GREEN, declare as follows:

I am over 18 years of age and not a party to this action; I am an attorney with the Doan Law Firm, located in the County of San Diego, State of California, and my business address is 2850 Pio Pico Dr., Suite D, Carlsbad, CA 92008, telephone number (760) 450-3333; facsimile number (760) 720-6082.

On September 18, 2008, I served the document(s) described as:

1. **Plaintiff Guadalupe Ignacio's Request for Extension of Time to Join Other Parties, Amend Pleadings, or File Additional Pleadings;**

2. **Declaration of Donald A. Green In Support of Plaintiff's Request for Extension of Time to Join Other Parties, Amend Pleadings, or File Additional Pleadings;**

3. **Proposed Order Granting Plaintiff Guadalupe Ignacio's Request for Extension of Time to Join Other Parties, Amend Pleadings, or File Additional Pleadings**

on the interested parties in this action as listed below:

**BY MAIL:**

☒ As follows: I am "readily familiar" with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X  **BY FACSIMILE TRANSMISSION:** From Fax No. (760) 720-6082 to the *facsimiles of the below-listed facsimile numbers*. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine.

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 18, 2008, at San Diego, California.

_____
DONALD A. GREEN

PROOF OF SERVICE BY MAIL

1 | <u>Guadalupe Ignacio v. Corrections Corporation of America</u>
CASE NO. 3:08-cv-00085-BEN-JMA

| *Attorney for Defendant,*<br>*CORRECTIONS*<br>*CORPORATION OF*<br>*AMERICA* | David B. Monks<br>Klinedinst PC<br>501 West Broadway, Suite 600<br>San Diego, CA 92101-3584<br>(619)238-8707 |
|---|---|
| *Attorneys for Defendant,*<br>*CORRECTIONS*<br>*CORPORATION OF*<br>*AMERICA* | Jones, Skelton & Hochuli, PLC<br>Daniel P. Struck<br>Rachel Love<br>2901 North Central Avenue, Suite 800<br>Phoenix, AZ 85012<br>(602)263-1784 |

PROOF OF SERVICE BY MAIL